**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:                               :   NO. 801
                                         :

REAPPOINTMENT TO THE COMMITTEE :   SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of September, 2019, Jane Smedley Anzalone, Esquire, Luzerne County, is hereby reappointed as a member of the Committee on Rules of Evidence for a term of three years, commencing October 1, 2019.